IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **CITY NATIONAL BANK** | * | |
| vs. | * | Case No.:  12 CV 00271 JKB |
| **NEW TREND LLC, et al.** | * | |
| | ****** | |

## JOINT STATUS REPORT

Plaintiff, City National Bank ("Plaintiff", "CNB" or "City National") and Defendants New Trend LLC ("New Trend") and Milton Tillman, III ("Tillman")(collectively "Defendants"), through counsel and pursuant to the Initial Scheduling Order in this matter, hereby state as follows:

1. **Discovery Status:**  Discovery remains outstanding in this matter.  City National served Interrogatories and a Request for Production of Documents on the Defendants on August 29, 2012.  To date, Defendants have not responded to that discovery.  Defendants served no on discovery on City National.  No depositions were taken in this matter.

2. **Pending Motions:**  There no motions pending before the court at this time.

3. **Parties' Intentions to File Dispositive Pretrial Motions**:  City National Bank intends to file a Motion for Summary Judgment.

4. **Jury v. Non-Jury Trial:**  Pursuant to the court's paperless order filed on September 11, 2012 (Dkt. 17), the Defendants' jury trial demand was stricken and this matter will be tried by the Court.

5. **Settlement Negotiation Certification:**  On December 7, 2012 at 10:00 a.m., counsel for the Parties conducted settlement discussions via telephone.  They agreed to seek the court's permission to stay this matter for 90 days pending the ratification of the foreclosure sale

in a related matter.

      **6.**    **ADR Conference:**  The Parties do not believe that referral of this matter to another judge of the court will be fruitful.

      **7.**    **Magistrate Referral:** The Parties do not wish to have this matter referred to a U.S. Magistrate Judge for trial or entry of judgment.

                                Respectfully submitted,

| /s/ | /s/ (with permission) |
|---|---|
| Renita L. Collins Fed. Bar No. 28637 | Neal M. Janey Fed Bar No. 02285 |
| Rebecca Teal Balint Fed. Bar No.  29672 | Attorney-At-Law |
| Weinstock, Friedman, & Friedman, P.A | STAR Associates Building |
| 4 Reservoir Circle, Second Floor | 12 West Montgomery Street |
| Baltimore, MD 21208 | Suite 200 |
| 410-559-9000 | Baltimore, Maryland  21230 |
|  | 443-826-9383 |
|  |  |
| Counsel for Plaintiff | Counsel for Defendants |