

LAW OFFICES
# WEINSTOCK, FRIEDMAN & FRIEDMAN, P.A.

EXECUTIVE CENTRE
4 RESERVOIR CIRCLE
BALTIMORE, MD 21208-7301

410-559-9000
FAX: 410-559-9009
NORTHERN VA, DC & MD SUBURBS
800-999-8286

WWW.WEINSTOCKLEGAL.COM

PARTNERS
SIDNEY S. FRIEDMAN (MD, DC)
JEFFREY M. LIPPMAN (MD, DC)
WILLIAM H. THRUSH, JR. (MD, DC, VA, PA)

EDWARD J. FRIEDMAN (1951-2008)

OF COUNSEL
MELVYN J. WEINSTOCK
MARC E. SHACH
PROVIDENCE DANE LAW GROUP, PLLC
MATTLEMAN, WEINROTH & MILLER, P.C.

MANAGING ATTORNEYS
ILONA M. FISHER
JUDITH S. TORTORA (MD, DC, NY)

ATTORNEYS
GREG I. ROSE (MD, DC, PA, VA)
MICHAEL W. MOORE (MD, DC)
CRAIG A. SCHOENFELD
SHANNON B. KRESHTOOL (MD, DC)
H. JEFFREY ZIEGLER (MD, DC)
DENISE L. KINNARD
JOHN R. ROSSBACH
JASON E. SOLOMON (MD, DC)
REBECCA A. CARTER (MD, DC)
JAMIE B. GLICK (MD, DC)
KIMBERLY A. SAXON
VICTOR A. LEMBO (MD, DC)
DARLENE T. DAVIES
JORDAN I. SELZER (MD, DC)
SUZAN A. PHILLIPS (MD, MA, JAMAICA)
ROSEMARY E. ALLULIS
BRIAN GREUTER
LORETTA TOWNSEND
NATALIE L. GROSSMAN (MD, DC)
MARY R. MCCLIGGOTT (MD, DC, VA)
A. ZACHARY TROPF
HEATHER H. HOLSEY
RICHARD I HUTSON (VA, MD, OH)
KOMAL P. PATEL
RENITA L. COLLINS
SARAH HILL DYE (MD, NJ, IL)
GARY MICHAEL JANIS
AMY P. HENNEN (MD, DC)
JANELLE N. NICHOLAS
REBECCA TEALE BALINT
JOSHUA A. WALTERS (MD, DC)
CHERYL L. TORRONTOR (MD, PA)
LAYLA SAID
SHERRI E. LICHTMAN
CHRISTINE M. SCHRAMEK (MD, DC)
ERIC S. STEINER (MD, DC)
JASON A. HELLER

December 7, 2012

**Via ECF/CM**
The Honorable James K. Bredar
United States District Court Judge
U.S. Courthouse
101 West Lombard Street
Baltimore, Maryland 21201

        **Re:**    **City National Bank v. New Trend, LLC, et al.**
               Case No.: JKB-12-0271
               Our File No.: 11211583

Dear Judge Bredar,

      This firm and I represent Plaintiff City National Bank in the above referenced matter.  The real property that serves as collateral for the commercial loan that is the subject of this matter has been sold at foreclosure sale.  The foreclosure action is pending in the Circuit Court for Baltimore City under case number 24-O-12-000579 (the "Foreclosure Matter").  The sale has yet to ratified, but it is the hope of the parties that the ratification can be entered in the next 90 days.  As the outcome of that matter impacts this matter, City National Bank requests that this case be stayed pending the auditor's report and ratification in the Foreclosure Matter.

      The undersigned has conferred with counsel for Defendants New Trend, LLC and Milton Tillman, III and they have consented to stay this case.

      Thanking Your Honor for the Court's attention to this matter, I remain,

      Sincerely,

      /s/
      Renita L. Collins

cc:    Neal M. Janey (via ECF/CM)
       Attorney for Defendants

**MARGIN ORDER**
**THE REQUEST FOR STAY IS GRANTED.  THIS MATTER IS HEREBY STAYED FOR 90 DAYS.  A REVISED SCHEDULING ORDER WILL BE ISSUED AT THAT TIME.**

_____        _____
**U.S. DISTRICT JUDGE**                                       **DATE**



DISTRICT OF COLUMBIA OFFICE 1413 K STREET, N.W., SUITE 1500, WASHINGTON, DC 20005
VIRGINIA OFFICE 4031 UNIVERSITY DRIVE, SUITE 500, FAIRFAX, VA 22030  -  OTHER LOCATIONS: YORK, PA; SILVER SPRING, FREDERICK & EASTON, MD