UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
JAMES K. BREDAR
UNITED STATES DISTRICT JUDGE
MDD_JKBChambers@mdd.uscourts.gov

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0950 OFFICE
(410) 962-0070 FAX

July 2, 2013

TO ALL COUNSEL OF RECORD

    Re:    *City National Bank v. New Trend, LLC, et al.*
             Civil No.:  JKB-12-0271

Dear Counsel:

    On March 26, 2013, an order was entered staying this case for 90 days.  Parties are advised that the stay is now lifted.  Parties are further advised that the dispositive motions deadline has been reset for October 1, 2013.

    Despite the informal nature of this letter, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                                  Very truly yours,

                                                  /s/

                                                  James K. Bredar
                                                  United States District Judge

JKB/jh